No. 7,891.—STATE ex Rel. NATIONAL BOSTON–MONTANA MINES CORPORATION et al., Relators, *v.* DISTRICT COURT et al., Respondents.

Decided November 21, 1938.

Original application by the State, on the relation of the National Boston-Montana Mines Corporation and others, for a writ of mandamus directed to the District Court of Deer Lodge County and R. E. McHugh, Judge thereof, to compel respondents to call in another Judge to preside in a cause entitled *John de Kay* v. *National Boston-Montana Mines Corporation et al.,* pending in said court. The petition for an alternative writ was granted on October 27, 1938, and made returnable on November 21, thereafter. On the return day

a stipulation of the parties was filed for the dismissal of the application, and its dismissal was accordingly ordered.

*Messrs. W. H. Maloney* and *William B. Frame,* for Relators.

*Mr. R. Lewis Brown* and *Messrs. Emigh & Murray,* for Respondents.